UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPCOMM, LLC,<br><br>         Plaintiff,<br><br>v.<br><br>MOTION METRICS LIMITED; and DOES 1 through 10, inclusive,<br><br>         Defendant. | Case No.: 22-CV-107-JO-WVG<br><br>**ORDER FOLLOWING VIDEO EARLY NEUTRAL EVALUATION CONFERENCE** |

On June 13, 2022, this Court convened a video Early Neutral Evaluation Conference pursuant to its April 25, 2022 Order. (Doc. No. 11.) Although the Parties made progress towards resolution, the case did not settle. Accordingly, the Court ORDERS the Parties to continue their settlement discussions and file a Notice of Settlement should they resolve the action in its entirety. To that end, counsel for the Parties shall appear for a video Case Management Conference or, in the alternative, a telephonic Settlement Disposition Conference on **Friday, June 17, 2022 at 9:30 a.m.** Counsel shall lodge their appearances and direct phone numbers **no later than 12:00 p.m. on Wednesday, June 15, 2022**.

  **IT IS SO ORDERED.**

DATED: June 13, 2022

                     _____
                     Hon. William V. Gallo
                     United States Magistrate Judge