# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPCOMM, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MOTION METRICS LIMITED; AND DOES 1 THROUGH 10, INCLUSIVE.<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 3:22-cv-107-JO-WVG<br><br>**ORDER GRANTING JOINT MOTION OF DISMISSAL WITH PREJUDICE** |

On September 13, 2022, Plaintiff IPCOMM, LLC and Defendant MOTION METRICS LIMITED jointly filed a stipulation of dismissal of the above-captioned action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this case is **DISMISSED WITH PREJUDICE**. Each party must bear its own attorney's fees and costs. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED.**

Dated: September 29, 2022

Hon. Jinsook Ohta
United States District Judge